CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAY 23 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CURTIS L. MCCOY, | ) | Civil Action No. 7:12-cv-00192 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WARDEN S. K. YOUNG, <u>et al.</u>, | ) | By: Hon. Jackson L. Kiser |
|     Defendants. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that "Ms. Boyd, psychologist" is **JOINED as a defendant**; plaintiff's claims against Ms. Boyd and Anderson are **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1); defendants' motions to dismiss and for summary judgment are **GRANTED**; plaintiff's motion for summary judgment (no. 23) is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for defendants.

ENTER: This 23rd day of May, 2012.

                                                /s/ Jackson L. Kiser
                                                Senior United States District Judge